Form ntcconfclos

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **19−30180−mar**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Big Coop's Trucking, LLC
    3066 Misty Creek Drive
    Swartz Creek, MI 48473

Social Security No.:

Employer's Tax I.D. No.:
    45−3185091

## NOTICE OF CONFIRMATION AND OPPORTUNITY
## TO OBJECT TO THE CLOSING OF THE CASE

To the Creditors of the above−named Debtor:

NOTICE IS HEREBY GIVEN that the Plan of Reorganization filed on 8/6/2019 was confirmed on 12/17/19 .

The Court will find that the estate has been fully administered and will enter a final decree closing the case in 60 days unless, within that time, an objection is filed. If an objection is filed, it will be set for hearing.

**If the closing is delayed past this time period for any reason, the burden will be on the debtor's counsel to file a motion for entry of the final decree and closing of the case pursuant to Bankruptcy Rule 3022 so that unnecessary U.S. Trustee fees will not accrue.**

Dated: 12/17/19

                                    BY THE COURT

                                    Katherine B. Gullo , Clerk of Court
                                    UNITED STATES BANKRUPTCY COURT